**FILED**
NOV 29 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07CR 3230-BTM |
|---|---|---|
| Plaintiff, | ) | <u>I N F O R M A T I O N</u> |
| v. | ) | Title 8, U.S.C., Sec. 1326(a) and (b) - Deported Alien Found in the United States (Felony) |
| IRENE MERINO, | ) | |
| Defendant. | ) | |

The United States Attorney charges:

On or about October 30, 2007, within the Southern District of California, defendant IRENE MERINO, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission to the United States; in violation of Title 8, United States Code, Section 1326(a) and (b).

//

//

//

JJO:es:San Diego
11/19/2007

1
2   It is further alleged that defendant IRENE MERINO was removed from the United States subsequent to September 26, 2002.

3   DATED: 11/29/07

4   KAREN P. HEWITT
    United States Attorney

5
6   *[signature]*

7   JOSEPH J.M. ORABONA
    Assistant U.S. Attorney